UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| DANA G. HOWES II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 08-196-B-W |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on January 29, 2009 his

Recommended Decision. The Plaintiff filed his objections to the Recommended

Decision on February 17, 2009. I have reviewed and considered the Magistrate Judge's

Recommended Decision, together with the entire record; I have made a de novo

determination of all matters adjudicated by the Magistrate Judge's Recommended

Decision; and I concur with the recommendations of the United States Magistrate Judge

for the reasons set forth in his Recommended Decision, and determine that no further

proceeding is necessary.

1.   It is therefore ORDERED that the Recommended Decision of the
     Magistrate Judge is hereby AFFIRMED.

2.   It is further ORDERED that the Commissioner's decision be and hereby is
     AFFIRMED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 11th day of March, 2009